# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Daniel Porras and Maria Porras

Debtors

Chapter 13 No.    21-00600

Judge    Jacqueline P. Cox

## OBJECTION TO CONFIRMATION OF PLAN

Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4, ("Movant"), through its attorneys, Kluever Law Group, LLC, files this, its Objection to Confirmation of Plan, ("Objection") and in support thereof, states the following as Movant's:

1. Debtors filed the instant Bankruptcy case on 01/17/2021.

2. This Court has jurisdiction over this Objection as this Objection is a core proceeding.

3. Movant is the holder of the note secured by a mortgage on the property commonly known as 424 E. Jeffrey Ave, Wheeling, IL 60090 ("the Subject Property").

4. Select Portfolio Servicing, Inc. is the servicing agent for Movant.

5. Movant's pre-petition arrears claim is $2,820.32.

6. Debtors' Chapter 13 Plan of Reorganization, (the "Plan"), provides that the Trustee disburse the sum of $1,300.00 to cure Movant's pre-petition arrears claim.

7. Accordingly, the Plan impermissibly modifies the rights of the Movant to receive all funds due it, thereby violating 11 U.S.C. § 1322(b)(2) and 11 U.S.C. § 1322(b)(5).

WHEREFORE, Movant requests this Court enter an Order denying confirmation of the Plan and for such other relief as the Court Deems just.

        Deutsche Bank National Trust Company, asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4

/s/ Matthew C. Abad
Matthew C. Abad ARDC# 6257858
Counsel for Movant

Date: 1/25/2021

Kluever Law Group, LLC
225 W. Washington St., Suite 1550
Chicago, IL 60606
(312) 236-0077
Our File #: SPS000741-21BK1