# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re: )
)
Daniel and Maria Porras ) No. 21-600
)
Debtors ) Judge Cox

## OBJECTION TO CONFIRMATION

NOW COMES Claimant NIMISHA PATEL, CPA & ASSOCIATES, INC., by its attorneys David J. Axelrod & Associates, and states as follows:

1. On June 7, 2007, Claimant obtained a judgment in its favor and against the Debtors DANIEL AND MARIA PORRAS in the sum of $2,644.59 plus costs.

2. On April 21, 2014, and again on January 25, 2021, the judgment was revived.

3. On June 12, 2007, Plaintiff recorded a Memorandum of Judgment against the Debtors' property, which was re-recorded on May 19, 2015.

4. On January 17, 2021, Debtors filed the instant Chapter 13.

5. On January 27, 2021, Claimant filed a Proof of Claim in the instant proceeding, asserting its status as a secured creditor, based on the Memorandum recorded on that date. A copy of the Proof of Claim is attached hereto as Exhibit "A".

6. Debtors listed Claimant as an unsecured creditor in the Chapter 13.

7. Any plan which proposes to pay Claimant as an unsecured creditor is presented in bad faith, because it ignores Claimant's security in Debtors' property.

WHEREFORE, Claimant NIMISHA PATEL, CPA & ASSOCIATES, INC. asks this Court to deny confirmation to Debtors' Chapter 13 Plan as drafted

/s/ David J. Axelrod
One of Claimant's attorneys

**DAVID J. AXELROD & ASSOCIATES**
1448 Old Skokie Road
Highland Park, IL 60035
847-579-9700
contact@djaalaw.com
19591

# EXHIBIT "A"

### Fill in this information to identify the case:

Debtor 1 **Daniel Bergara Porras**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the Northern District of Illinois

Case number **21-00600**

## Official Form 410
# Proof of Claim

04/16

Read the instructions before filing out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchased orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages. and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Nimisha Patel, CPA & Associates, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
■ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

David J. Axelrod & Associates
Name

1448 Old Skokie Rd., Suite C
Number         Street

Highland Park, IL 60035
City         State         Zip Code

Contact phone **847-579-9700**

Contact email **contact@djaalaw.com**

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number         Street

_____
City         State         Zip Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

**4. Does this claim amend one already filed?**
■ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed _____
       MM  /  DD  /YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
■ No
☐ Yes. Who made the earlier filling? _____

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: **\*\*\*-\*\*-2094** |
| 7. How much is the claim? | $ __7,040.17__   Does this amount include interest or other charges?<br>☐ No<br>■ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 301(c)(s)(A) |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>__services performed__ |
| 9. Is all or part of the claim secured? | ■ No<br>■ Yes. The claim is secured by a lien on the property.<br><br>**Nature of property:**<br>■ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor Vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** __recorded Memorandum of Judgment__<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:                                $200,000.00<br>Amount of the claim that is secured:        $  7,040.17<br>Amount of the claim that is unsecured:     $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:   $_____<br><br>Annual Interest Rate (when case was filed)   9%<br>■ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ■ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____ |
| 11. Is this claim subject to a right of setoff? | ■ No<br>☐ Yes. Identify the property: _____ |

| | | |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ■ No <br><br> ☐ Yes. *Check one:* <br> ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B) <br> ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). <br> ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). <br> ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). <br> ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). <br> ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. <br><br> * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority** <br><br> $_____ <br><br><br> $_____ <br><br><br><br> $_____ <br> $_____ <br> $_____ <br> $_____ |

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it.**
**FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
■ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date **1/27/2021**

_____/s/ David J. Axelrod_____

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | **David J. Axelrod** |
| Title | **Attorney for Creditor** |
| Company | **David J. Axelrod & Associates** <br> Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | **1448 Old Skokie Rd., Suite C** <br> Number     Street <br> **Highland Park, IL 60035** <br> City            State     ZIP Code |
| Contact phone | **847-579-9700**       Email **contact@djaalaw.com** |

Official Form 410    Proof of Claim    Page 3

David J. Axelrod & Associates
1448 Old Skokie Road
Highland Park, Illinois 60035
Phone: 847-579-9700
Fax: 847-579-9705
Email: djaxelrod@djaxelrod.com

# Projected Interest Statement

As of: 01/17/2021
Account: 19591.001

Daniel Bergara Porras
424 E. Jeffery Ave.
Wheeling, IL 60090
Ref No:   Revived 1/25/21                                    Court File: 07 SC 2755

| | |
|---|---|
| Principal | 2644.59 |
| Interest | 374.06 |
| Fees | 0.00 |
| Costs | 691.91 |
| Other | 207.00 |
| Overpayment | 0.00 |
| **Current Bal** | **3917.56** |
| New Interest | 3122.61 |
| **Projected Bal** | **7040.17** |

Posted Interest
    Interest Posted as of: 11/20/2008                                            374.06

Projected Interest thru: 01/17/2021
    Pre-Judgment Interest:        24.000% (0.0000% per day)
        $0.0000 Per Day For 0 Days                                  0.00
    Post-Judgment Interest:       9.0000% (0.0247% per day)
        $0.7031 Per Day For 4441 Days                            3122.61
    Total New Interest                                                          3122.61

Total Interest Owing as of: 01/17/2021                                          3496.67

**IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS**

FILED
1/26/2021 3:54 PM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

Nimisha Patel, CPA & Associates, Inc.

vs.      No.   07 SC 2755

Daniel and Maria Porras

## MEMORANDUM OF JUDGMENT

On June 7, 2007, judgment was entered in favor of the Plaintiff **Nimisha Patel, CPA & Associates, Inc.**, and against the Defendants **Daniel and Maria Porras**, who are the owners of the following-described real property:

See legal description attached hereto

**Commonly known as:**   424 E. Jeffery Ave., Wheeling IL 60090
**P.I.N.:**   03-12-107-056-0000

which judgment was in the amount of **$2644.59** plus costs.

I further certify that judgment was entered by the Honorable Judge Helen Rozenberg, judge for the Circuit Court of Lake County, Illinois and revived on January 25, 2021, by Judge Jacquelyn Melius.

1/26/2021

Erin Cartwright Weinstein
Clerk of the Circuit Court

By _____CN_____
Deputy Clerk

Prepared and return to:
David J. Axelrod 03125957
**DAVID J. AXELROD & ASSOCIATES**
1448 Old Skokie Road
Highland Park, IL 60035
847-579-9700
OUR FILE NO. 19591/DJA

**U.S. Bankruptcy Court**

**Northern District of Illinois**

Notice of Electronic Claims Filing

The following transaction was received from Axelrod, David on 1/27/2021 at 4:44 PM CST

<u>File another claim</u>

| | |
|---|---|
| **Case Name:** | Daniel Porras and Maria Porras |
| **Case Number:** | 21-00600 |
| **Creditor Name:** | Nimisha Patel, CPA & Associates, Inc.<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Rd.<br>Highland Park IL 60035 |
| **Claim Number:** | 1   Claims Register |
| **Amount Claimed:** | $7040.17 |
| **Amount Secured:** | $7040.17 |
| **Amount Priority:** | |

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** POC.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=1/27/2021] [FileNumber=75612304-0] [2051e99537d09030b66e75a5096ca0152b76c8b64e1b427658c128de4eb09e5961
76dcc09c4349064e481fddfee364cc7e5808483b2b890d353414bd6ef2d8f1]]

**21-00600 Notice will be electronically mailed to:**

Matthew C Abad on behalf of Creditor Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4
bknotice@klueverlawgroup.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

M.O. Marshall
ecf@55chapter13.com, ecfchi@gmail.com

David M Siegel on behalf of Debtor 1 Daniel Porras
davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com

**21-00600 Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541