UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: DANIEL PORRAS ) Case No. 21 B 00600
    MARIA PORRAS )
                  Debtors ) Chapter 13
                          )
                          ) Judge: JACQUELINE P COX

## NOTICE OF MOTION

| | |
|---|---|
| DANIEL PORRAS | DAVID M SIEGEL |
| MARIA PORRAS | via Clerk's ECF noticing procedures |
| 424 E JEFFERY AVE | |
| WHEELING, IL 60090 | |

Please take notice that on April 19, 2021 at 10:30 am., I will appear before the Honorable Judge JACQUELINE P COX or any judge sitting in the judge's place, present the motion set forth below.

**This motion will be presented and heard electronically using Zoom for Government.**
No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

**To appear by telephone,** (1) call Zoom for Government at 1-669-254-5252 or 1-646- 828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at  55 E Monroe St.,  Chicago, IL 60603 or by the methods indicated on March 12, 2021.

                                                              /s/ M.O. Marshall

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes M.O. Marshall, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1.  On January 17, 2021 the Debtors filed a petition and plan under Chapter 13  of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtors has caused unreasonable delay that is prejudicial to creditors by failing to:

Need 2019 taxes.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11  U.S.C. § 1307 (c) (1).

                                                          Respectfully submitted,
                                                          /s/ M.O. Marshall

M.O. MARSHALL
CHAPTER 13 TRUSTEE
55 East Monroe, Suite 3850
CHICAGO, IL 60603
(312) 294-5900