**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtors    Daniel Porras and Maria Porras    Case No.   21-00600    Chapter   13

All Cases: Moving Creditor   Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4    Date Case Filed:   1/17/2021

Nature of Relief Sought:   ☑ Lift Stay    ☐ Annul Stay    ☐ Other (Describe)

Chapter 13: Date of Confirmation Hearing    or Date Plan Confirmed   4/19/2021

Chapter 7:    No Asset Report Filed on

           No Asset Report not Filed, Date of Creditors Meeting

1. Collateral
    a. ☑ Home    ☐ Real Property
    b. ☐ Car    Year, Make, and Model
    c. ☐ Other (describe)

2. Balance Owed as of June 16, 2021    $132,391.81
    Total of all other liens against Collateral $0.00

3. In chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the Debtors post-petition.

4. Estimated Value of Collateral (must be supplied in all cases)    $180,000.00

5. Default
    a. ☑ Pre-Petition Default
        Number of Months   2    Amount:   $2,831.28
    b. ☑ Post-Petition Default
        i. ☑ On Direct Payments to the Moving Creditor
            Number of Months   3    Amount   $3,969.97
        ii. ☐ On Payments to the Standing Chapter 13 Trustee
            Number of Months     Amount

6. Other Allegations
    a. ☑ Lack of Adequate Protection §362(d)(1)
        i. ☐ No Insurance
        ii. ☐ Taxes Unpaid   Amount
        iii. ☐ Rapidly Depreciating Asset
        iv. ☐ Other (describe)
    b. ☑ No Equity and not Necessary for an Effective Reorganization §362(d)(2)
    c. ☐ Other "Cause" §362(d)(1)
        i. ☐ Bad Faith (describe)
        ii. ☐ Multiple Filings
        iii. ☐ Other (describe)
    d. Debtor's Statement of Intention Regarding the Collateral
        i. ☐ Reaffirm    ii. ☐ Redeem
        iii. ☐ Surrender    iv. ☐ No Statement of Intention Filed
        v. ☐ Not Listed on Statement of Intention Filed

Date:   6/25/21                  /s/   Susan Notarius